NEW ENGLAND INDUSTRIES, INC., Appellant, *v.* CHARLES J.
MARGIOTTI, Respondent, et al., Defendants.

GENERAL ATLANTIC STEAMSHIP CORPORATION, Appellant, *v.*
CHARLES J. MARGIOTTI, Respondent, et al., Defendants.

Submitted October 8, 1946; decided November 14, 1946.

*William E. Haudek, Abraham L. Pomerantz* and *Karl J. Schumer* for appellants.

*Joseph K. Guerin* and *Herbert Goldmark* for respondent.

In each action order affirmed, with costs. Question certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.